Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
YOLANDA RENEE GALLARDO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA RENEE GALLARDO | Case No.: 1:15-cv-01700-EPG |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties (ECF No. 13), and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include July 13, 2016, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the November 16, 2015 Case Management Order (ECF No. 4) shall be extended accordingly. Specifically, Defendant's responsive brief shall be filed on or before August 12, 2016. Plaintiff's reply shall be filed on or before August 26, 2016.

IT IS SO ORDERED.

Dated: __**July 7, 2016**__          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

-1-