# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA RENEE GALLARDO, | Case No.: 1:15-cv-01700-EPG |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation between the parties (ECF No. 15), the above captioned matter is DISMISSED WITH PREJUDICE, each party to bear its own fees, costs, and expenses. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **July 20, 2016**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

-1-